**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  LionHeart Event Group, LLC, | : | Bankruptcy No. 19-23630-GLT |
| | : | |
| Debtor. | : | Chapter 7 |
| _____ | : | |
| | : | |
| LionHeart Event Group, LLC, | : | |
| | : | Document No. |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Rosemary Crawford, | : | |
| Chapter 7 Trustee, | : | |
| | : | |
| Respondent. | : | |

**MOTION TO CONTINUE MEETING OF CREDITORS**

AND NOW comes the Debtor, by and through its attorney, Brian C. Thompson, Esquire, and the law firm of Thompson Law Group, P.C., and files this Motion to Continue Hearing representing as follows:

1.    Debtors' Chapter 7 case was filed on September 13, 2019.

2.    Debtor's 341 Meeting of Creditors was originally scheduled for November 25, 2019. Debtor was not able to appear, and the Meeting of Creditors was rescheduled for January 13, 2020.

3.    Debtor's Counsel has an unavoidable conflict on January 13, 2020.

4.    No parties in interest will be prejudiced by continuing the meeting.

5.    Movant requests that the meeting be continued to the next available date.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an Order continuing the Section 341 Meeting of Creditors to the next available date.

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
Pa. I.D. #91197
Thompson Law Group, P.C.

125 Warrendale-Bayne Rd., Ste 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com