# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  LionHeart Event Group, LLC, | : | Bankruptcy No. 19-23630-GLT |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| LionHeart Event Group, LLC, | : | |
| | : | Document No. |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Rosemary Crawford, | : | |
| Chapter 7 Trustee, | : | |
| | : | |
| Respondent. | : | |

## AMENDED MOTION TO CONTINUE MEETING OF CREDITORS

AND NOW comes the Debtor, by and through its attorney, Brian C. Thompson, Esquire, and the law firm of Thompson Law Group, P.C., and files this Motion to Continue Hearing representing as follows:

1. Debtors' Chapter 7 case was filed on September 13, 2019.

2. Debtor's 341 Meeting of Creditors was originally scheduled for November 25, 2019, but Debtor's principal, Derek Weber, was unable to attend because he was out of state looking for employment, and the Meeting of Creditors was rescheduled for January 13, 2020.

3. Debtor's Counsel has an unavoidable conflict on January 13, 2020 due to a mediation ordered by Magistrate Judge Maureen Kelly on November 20, 2019.

4. Despite efforts, there was a delay in Debtor's Counsel's ability to speak with Mr. Weber until recently. At that time, Mr. Weber expressed concerns regarding another attorney appearing on behalf of Debtor at the January 13 meeting, since Attorney Thompson is the only attorney to have worked on the case, and is most knowledgeable regarding Debtor's matters.

5. No parties in interest will be prejudiced by continuing the meeting.

6. Movant requests that the meeting be continued to the next available date.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an Order continuing the Section 341 Meeting of Creditors to the next available date.

|  |  |
|---|---|
| Dated: January 13, 2020 | /s/Brian C. Thompson<br>Brian C. Thompson, Esquire<br>Attorney for Debtor(s)<br>Pa. I.D. #91197<br>Thompson Law Group, P.C.<br>125 Warrendale-Bayne Rd., Ste 200<br>Warrendale, PA 15086<br>(724) 799-8404 Telephone<br>(724) 799-8409 Facsimile<br>bthompson@thompsonattorney.com |